UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------------x

KAMAL ALI BADR, and A.B., *individually and* :
*on behalf of the* ESTATE OF HOSAM SARAYA, :

                                          :      **COMPLAINT**

                 *Plaintiffs*, :

                                       :      Case No. 26-cv-1107

-against- :

                                       :

SYRIAN ARAB REPUBLIC :
Ministry of Foreign Affairs
Damascus, Syria, :

                                     :

                 *Defendant*. :

-------------------------------------------------------------x

Plaintiffs, by and through their attorneys, allege the following:

## I.     NATURE OF THE ACTION

1.     This is a civil action pursuant to the Terrorism Exception to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A ("FSIA"), for wrongful death, personal injury, and related torts, brought by the family members of two Druze civilians who were executed in extrajudicial killings in South Syria in mid-July 2025, including one Plaintiff who also brings claims as the legal representative of their husband's estate.[1]

2.     Defendant the Syrian Arab Republic ("Syria") knowingly carried out and/or provided material support for these attacks, and did so through its officials, employees, and agents who were acting in the scope of their office, employment, and agency.

3.     In the months following the fall of the Assad regime in Syria in December 2024

---

[1]     The Druze are a religious minority in the Middle East who trace their origins to the 11th century. They reside in communities in Syria, Lebanon, and Israel. Relevant to the allegations set forth below, they are often regarded as apostates or heretics by Islamist groups like Al-Qaeda and Al-Nusra Front (which began as Al-Qaeda's Syrian affiliate).

and the ascent to power of Ahmed al-Sharaa[2] and the terrorist organization formerly known as Jabhat al-Nusra (commonly known as "Al-Nusra Front" – later rebranded as Hay'at Tahrir al-Sham or "HTS")[3] in January 2025, Syrian minorities fell victim to sectarian violence and extrajudicial killings at the hands of transitional government military forces or Syrian government-backed militias. Members of the Druze community were particularly targeted by such violence.

4.      The most brutal period of protracted recent violence against the Druze community took place between July 12 and 17, 2025. It was heavily covered in legacy press, in videos that circulated on social media, and by various human rights organizations. By late August 2025, reports emerged that at least 539 identified Druze civilians had been killed, among them 39 women and 21 children. At least 196 people, including 30 women and eight children, were reportedly extrajudicially executed and over 33 villages burned.[4] Many Druze homes were looted, their livestock seized, and their villages burned. At least 100 Druze women and girls were abducted, with numerous accounts of sexual violence against Druze women and girls reported.

5.      As eyewitness accounts and verified videos posted to social media demonstrate, the two victims who are the subject of this Complaint were abducted and executed by Syrian military forces and Syrian government-backed militias.

---

[2]      Ahmed al-Sharaa, a former Al-Qaeda fighter in Iraq, was previously known as Abu Mohammad al-Julani (a/k/a al-Jolani or al-Jawlani). The U.S. Department of State ("State Department") designated him as a Specially Designated Global Terrorist ("SDGT") from May 16, 2013, until November 7, 2025.

[3]      The State Department designated Al-Nusra Front as a Foreign Terrorist Organization ("FTO") and SDGT on December 11, 2012.  On May 31, 2018, the State Department amended the designation of Al-Nusra Front to include HTS as an FTO and SDGT. Although the State Department revoked HTS's FTO designation on July 8, 2025 — four days before the start of the attacks at issue — Syria's designation as a State Sponsor of Terrorism remained, and continues to remain, in full force and effect.

[4]      *Syria: UN Experts Alarmed by Attacks on Druze Communities, Including Sexual Violence Against Women and Girls*, Off. of the U.N. High Comm'r for Hum. Rts. (Aug. 21, 2025), https://www.ohchr.org/en/press-releases/2025/08/syria-un-experts-alarmed-attacks-druze-communities-including-sexual-violence.

## II.    JURISDICTION AND VENUE

6.    This Court has jurisdiction over this matter and over Defendant pursuant to 28 U.S.C. §§ 1330(a), 1330(b), 1331, 1332(a)(2), and 1605A(a)(1), which create subject-matter and personal jurisdiction for civil actions for wrongful death and personal injury against State Sponsors of Terrorism and their officials, employees, and agents.

7.    At all times relevant to this Complaint, Syria has been a foreign state within the meaning of 28 U.S.C. § 1603.

8.    As detailed below, at all times relevant to this Complaint, Syria has been a State Sponsor of Terrorism within the meaning of 28 U.S.C. § 1605A(h)(6).

9.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(f).

## III.    THE PARTIES

### A.    Syria

10.    The United States designated Syria a State Sponsor of Terrorism in December 1979, pursuant to § 6(j) of the Export Administration Act, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act. Syria has retained that designation since that time, including during the July 2025 attacks on the Druze community in Sweida.

11.    Syria's census data has been difficult to ascertain due to displacement and emigration during the nearly 14 years of civil war from 2011-2024, subsequent sectarian fighting, and hostilities in the broader Middle East region. According to the 2025 report by the United States Commission on International Religious Freedom ("USCIRF") for 2024, Syria's population of approximately 23.9 million is 87 percent Muslim. Approximately 74 percent are Sunni, and approximately 13 percent are Shi'a, including Alawi and Ismaili. Druze are three percent of the population. Proportions of Christians and Yazidis have been difficult to pinpoint due to their

3

emigration as well as the government's forced classification of the Yazidi religion as a sect of Islam.[5]

**B.    Plaintiffs**

12.    Plaintiffs are the U.S. citizen brother of a Druze civilian summarily executed during the mid-July 2025 attacks in Sweida that targeted the Druze community, and the estate of a U.S. citizen Druze civilian summarily executed by Syrian government forces, brought by and through his U.S. citizen spouse, who also sues in their individual capacity, as described in more detail below. Both victims were unarmed and unaffiliated with any military forces.

13.    The Druze community in Syria numbers approximately 600,000 people and is the largest Druze community in the world.

14.    Approximately 350,000 Druze live in the Druze-majority Sweida Governorate or province (a/k/a Suwaida, Suweida, Suwaidaa, Suwayda).[6]

15.    During the Syrian civil war, which began in 2011, the Druze held an ambivalent view of the Assad regime and maintained a mostly neutral, anti-war position.

16.    However, grassroots Druze militias were formed during the civil war to protect remote Druze villages from forced conscription and cross-border incursions.

17.    Following the fall of the Assad regime in December 2024 and the formation of the provisional government headed by Ahmed al-Sharaa, the Druze community became the target of government-supported repression, discrimination, and violence.

---

[5]    U.S. Comm'n on Int'l Religious Freedom, *2025 Annual Report: Syria Country Chapter* (Apr. 2025), https://www.uscirf.gov/sites/default/files/2025-04/Syria%202025%20USCIRF%20Annual%20Report.pdf.

[6]    Edy Cohen, *The Druze in Syria: Defenseless and With Much Cause for Concern*, ICGS (Sept. 22, 2025), https://icgs.org.il/en/publications/the-druze-in-syria/.

## IV.   RECENT HISTORY OF SYRIAN GOVERNANCE

18.   Although the Assad government fell in December 2024, the Syrian Arab Republic continued to exist as a sovereign state and juridical entity.

19.   Following the fall of the Assad regime, the transitional government led by Ahmed al-Sharaa assumed control of Syria's military, security, and governmental apparatus. On March 13, 2025, al-Sharaa ratified the Constitutional Declaration of the Syrian Arab Republic — explicitly adopting that name for the continuing Syrian state and signing the document in his capacity as "President of the Syrian Arab Republic" — establishing a provisional constitution and transitional legal framework for a five-year period until permanent elections are held.

20.   The transitional government thereby assumed all powers of the Syrian state, including command of its armed forces, control of its security services, and administration of its governmental institutions. The military and security forces that carried out the attacks described herein operated as officials, employees, and agents of the Syrian Arab Republic within the meaning of 28 U.S.C. § 1605A.

### A.   HTS Takeover of Syria

21.   On December 8, 2024, a coalition of armed groups led by HTS successfully ousted the regime ruled by Bashar al-Assad, ending the Ba'ath Party's 60-year reign and nearly 14 years of bloody civil war.

22.   On March 29, 2025, HTS announced that a new transitional government led by Abu Mohammad al-Julani, who abandoned his *nom de guerre* and reverted to his given name of Ahmed al-Sharaa, would administer the country for five years until a permanent constitution is adopted and national elections are held.

23. Following al-Sharaa's ascent, tension increased between government forces and the Druze about the future status of the Druze, particularly in the Druze-majority Sweida region.

24. Alarmed by large-scale government violence against Alawite minorities in March 2025, Druze leader Hikmat al-Hijri expressed skepticism about the future of the Druze under al-Sharaa and advocated for a civil, decentralized, semi-autonomous Sweida, with minority representation and local governance.

25. The new HTS-dominated government in Damascus did not welcome the prospect of Druze autonomy.

**B.     Violence Against Druze Following the Fall of the Assad Regime**

26. Uncertainty and concern for their future in Syria pervaded the Druze community after the fall of the Assad regime.

27. While al-Sharaa promised to include minorities in his new government, the 23-member government announced in late March 2025 included only one Druze member, Minister of Agriculture Amjad Badr.

28. On April 29, 2025, the Syrian Observatory for Human Rights ("SOHR"), a United Kingdom-based information center aimed at documenting human rights abuses in Syria, reported that armed groups affiliated with the Ministry of Defense had executed two Druze citizens at a poultry facility on the outskirts of Sahnaya, a Druze suburb near Damascus.

29. On the evening of April 30, 2025, armed groups attacked Druze-majority villages of Ira, Rasas, and as-Sawra al-Kabira, and shelled Kanaker in Sweida Governorate, clashing with local Druze armed groups. The attackers were later linked to the Syrian Ministry of Defense.

30. According to the SOHR, at least 10 Druze civilians were executed by forces affiliated with the Syrian ministries of Defense and Interior in late April 2025.

## V.     THE JULY 12-17, 2025, ATTACKS AGAINST DRUZE IN SWEIDA

31.     In mid-July 2025, clashes again erupted in Syria's southern Sweida Governorate, with fighting between armed groups aligned with Sweida's Druze community, and pro-government, Sunni Bedouin fighters.

32.     The escalation erupted on July 11, 2025, when a Druze merchant was stopped at a checkpoint manned by Internal Security Forces while traveling on the Sweida-Damascus highway. He was detained for three hours. After being released, he was attacked some 3-4 kilometers away from the checkpoint by a group of masked men who beat, robbed, and threatened him and insulted his Druze faith.[7]

33.     As violence spread, the Syrian government announced it would intervene to restore calm to the region.

34.     On July 14, 2025, the Syrian Ministry of Defense issued a statement announcing that it was working in "coordination with the Ministry of Interior to deploy military units, establish secure corridors, and end the clashes."[8]

35.     The Syrian government deployed Interior and Defense Ministry units and imposed curfews on July 15, 2025. The Interior and Defense Ministries established a joint operations room under the leadership of the then-Commander of Internal Security Forces in Sweida and eventually deployed approximately 4,000 personnel.[9]

---

[7]     Indep. Int'l Comm'n of Inquiry on the Syrian Arab Republic, *International Human Rights Law and International Humanitarian Law Violations Committed During the July 2025 Violence in Suwayda, Syria*, U.N. Doc. A/HRC/61/CRP.7 (Mar. 27, 2026) (hereinafter *Suwayda Commission Report*), https://www.ohchr.org/sites/default/files/documents/hrbodies/hrcouncil/sessions-regular/session61/a-hrc-61-crp-7.pdf.

[8]     Ahmad Sharawi, *Clashes Intensify Between Druze Militias, Bedouin Tribes, and Government Forces in Southern Syria*, FDD's Long War J. (July 15, 2025), https://www.longwarjournal.org/archives/2025/07/clashes-intensify-between-druze-militias-bedouin-tribes-and-government-forces-in-southern-syria.php.

[9]     *Suwayda Commission Report*, *supra* note 7.

7

36.     While the government claimed the deployment was put into effect to restore order, residents reported looting, home burning, sectarian abuse, and summary executions, including of women and children. The beards and mustaches of Druze men were cut off to humiliate them.

37.     Eyewitnesses reported seeing military forces in government military uniforms abducting and executing civilians.

38.     By September 2025, Amnesty International documented detailed reports of the deliberate shooting and killing of 46 Druze people (44 men and two women), as well as the mock execution of two older persons, during the six-day period in July. These executions by government and government-supported forces occurred in a public square, residential homes, a school, a hospital, and a ceremonial hall in Sweida Governorate.

39.     One verified video shows a man in civilian clothing sitting at the entrance of a public school in Sweida countryside while questioned by at least three armed men in military uniforms. In the video, the armed men ask him if he is "Muslim or Druze?" The man replies that he is Syrian. When one of them asks again, the man replies that he is Druze, prompting the armed men to shoot him.

40.     According to the evidence compiled by Amnesty International, men involved in carrying out the executions were wearing various types of clothing and gear connected to government ministries: military uniforms identifiable by camouflage print, beige, or olive color; plain clothes with military-style vests; and plain black uniforms consistent with those worn by official security forces – some of which bore "General Security" insignia.

41.     Most armed men in military and security uniforms visible in the videos and images reviewed by Amnesty International did not wear identifiable insignia. However, Amnesty International verified videos showing armed men in uniform, without insignia, riding trucks clearly

marked with the Ministry of Interior's logo, and videos that showed armed men wearing different uniforms, some without and some with clear government insignia, working together in the immediate lead up to an execution in the local hospital.

42. Verified videos demonstrate commanders of Syria's 42nd Armored Brigade entering Sweida on July 14, 2025, in armored vehicles. Another verified video posted to Facebook shows a uniformed soldier with the seal of the Prophet Mohammed on his uniform claiming he is part of the "Ansar al-Tawhid Brigades of the 82nd Division" and announcing that the unit is about to enter Sweida and "cleanse" it of Sheikh Hikmat al-Hijri and his "followers."[10]

43. A video, posted on Facebook by a Syrian freelance journalist on July 14, 2025, shows a convoy of pickup trucks and military vehicles with uniformed soldiers, including at least four vehicles marked with "52nd Division" on the front and "Special Forces" on the side.[11]

44. A verified source reported the deployment of the Syrian Army's 40th Division, based in southern Daraa, the 76th Division, under the command of former Hamzat division leader Saif al-Din Boulad, and the 80th Armored Division, led by Ahmad Rizq. The same source reported that other security agencies known to have participated in Sweida attacks include the 105th Brigade of the Republican Guard, the Military Police, and Internal Security forces (including General Security) under the Interior Ministry.

45. On July 16, 2025, the Israel Defense Forces launched heavy airstrikes against the armed forces of the transitional Syrian government in or advancing on Sweida, the Syrian Ministry of Defense building, and the vicinity of the Presidential palace in Damascus. The Israeli

---

[10] Human Rights Watch, *Syria: Accountability Lacking for Sweida Abuses* (Jan. 15, 2026) (hereinafter *HRW Sweida Accountability Report*), https://www.hrw.org/news/2026/01/15/syria-accountability-lacking-for-sweida-abuses.

[11] *Id.*

government stated that its actions were aimed at protecting the Druze minority community in Sweida.

46.     That same day, the United States mediated a ceasefire under which Syrian government forces withdrew from Sweida, handing local governance and security back to Druze-led structures under Sheikh al-Hijri, effectively restoring the Governorate's informal autonomy.

47.     Syria's Defense Minister Murhaf Abu Qasra announced a ceasefire, stating: "To all units operating within the city of Sweida, we declare a complete ceasefire after an agreement with the city's notables and dignitaries."[12]

48.     A March 27, 2026, report by the United Nations Human Rights Council Independent International Commission of Inquiry on the Syrian Arab Republic concluded that "[t]he Commission considers the tribal fighters that accompanied government forces between 14-16 July to have been part of the operation under the effective control of the government forces, with their acts imputable to the State."[13]

## VI.    PLAINTIFFS' FAMILY MEMBERS EXECUTED IN THE JULY 12-17, 2025, ATTACKS ON SWEIDA

### A.     Mohamed Badr

49.     Mohamed Badr, a Syrian national, was executed by Syrian governmental forces on July 16, 2025, along with other members of his family and neighbors.

50.     According to the report of a family member eyewitness, Ismail Badr, seven or eight men, who identified themselves as members of the government's General Security forces, entered

---

[12]     *Israel Strikes Syrian Forces in Sweida Explained*, Editorial GE (July 16, 2025), https://editorialge.com/israel-strikes-syrian-forces-in-sweida-explained/.

[13]     *Suwayda Commission Report*, *supra* note 7.

the guesthouse where members of Badr's extended family lived. The family members served them coffee and cold water, and the forces left.

51.  Ismail Badr added, "They came back the next day at seven in the evening. The same people came here and committed this massacre. 16 people were killed in the massacre."[14]

52.  Ismail Badr named some of the victims, including relatives and neighbors: Saeed Badr, Mohamed Badr, Amjad Ismail Badr, Nabil Suleiman Badr, Nasser Kamal, Manaf al-Malham, Ghassan Ishtayy, Jawad al-Taqi, Jiyad al-Taqi, Kinan al-Los, Alaa Nabil Badr, Shadi Saeed Badr, Omar Ghassan Badr, and Ziad Saeed Badr.[15]

53.  Another eyewitness, Anwar Asaad al-Awaj, reported that about 30 women, 19 men, and 10 children had taken shelter in the Badr family guesthouse during heavy shelling when the attackers, some wearing military uniforms, entered shouting religious slogans and calling the Druze "infidels" and "pigs." Al-Awaj reported that the gunmen threw grenades into the building before entering and firing. The forces then entered the guesthouse, where survivors recalled that one wore an Internal Security Forces uniform and a badge marked "Division 54."[16]

54.  The attackers then forced the men outside, beat and insulted them, and executed them one by one at close range.[17]

55.  CCTV footage from immediately before the attacks shows men in Syrian Arab Army uniforms right near the site of the guesthouse.[18]

---

[14]  *Survivors in Syria's Suwayda Recount Massacres, Fear After Deadly Clashes*, N. Press Agency (July 24, 2025), https://npasyria.com/en/127618/.

[15]  *Id.*

[16]  *Suwayda Commission Report*, *supra* note 7.

[17]  *HRW Sweida Accountability Report*, *supra* note 10.

[18]  *Suwayda Commission Report*, *supra* note 7.

56. Verified videos from the location, which were shared to social media, show eight unarmed men, including some older men, sitting and talking to the camera. One of the men says, "We want life to be not about killing people." A man dressed in a black uniform consistent with those worn by the general security forces holding an AK-style rifle is visible. A second video from the same site shows the bodies of eight men dead on the floor surrounded by pools of blood, some lying face down with their arms over their heads. Three of the men are visible in both videos. According to a witness, the bodies remained out overnight before neighbors dared to retrieve them for burial the following morning.[19]

57. The executed men were unarmed. They had been neither indicted nor convicted of any crime at the time they were forced out of their home and murdered.

58. Kamal Ali Badr is the brother of Mohamed Badr. Kamal Ali Badr has been a U.S. citizen since 1994 and resides in the State of Washington.

59. Kamal Ali Badr was shocked and devastated to learn about the brutal murder of his brother and other relatives in Sweida.

60. As a foreseeable consequence of his brother's extrajudicial killing by Syrian government forces, Kamal Ali Badr has experienced extreme mental anguish, severe emotional distress, and economic loss.

**B.     Hosam Saraya**

61. Hosam Saraya was a citizen of the United States who was visiting Syria when he was executed by Syrian government forces.

62. He met his spouse, A.B., an Oklahoma native, in November 2015, and the couple married in Oklahoma in April 2016.

---

[19]     *HRW Sweida Accountability Report*, *supra* note 10.

63.    Saraya earned a Master's degree from Oklahoma Christian University in 2016. Since his marriage, Saraya split his time between Sweida, where he managed his family's local milling business, and Oklahoma, where he lived with his spouse.

64.    In July 2025, Saraya was visiting Sweida to care for his ailing father.[20] He was planning to return to Oklahoma shortly thereafter.

65.    Saraya was devoted to promoting the welfare of the Druze community. In 2017, together with his brother, Kareem, Saraya started the Saraya Smart School in Sweida. The school, described as a "pioneering online education initiative," provided online accreditation to students from first grade through high school. At its height, it served some 2,000 students and promoted access to education for Druze youngsters. Following the kidnapping and execution of Saraya and his brother, the school had to shut down its operation in September 2025.[21]

66.    Because of their involvement with the Druze community and with Druze youth through their education initiative, Hosam and Kareem Saraya were well-known in the community and were therefore targeted for torture and elimination by the Syrian government's forces and its local Bedouin proxies.

67.    In the early hours of July 16, 2025, Hosam and Kareem Saraya, along with other male Saraya family members, were abducted from their home in Sweida by a group of heavily armed men in military uniforms. Eyewitnesses identified the perpetrators as members of the Syrian

---

[20]    Eyad Kourdi et al., *US Citizen Among Eight Druze Family Members Executed During Syria's Sectarian Violence*, CNN (July 23, 2025) (hereinafter Kourdi et al., *Saraya Execution*), https://www.cnn.com/2025/07/22/middleeast/us-citizen-druze-family-executed-syria-intl-latam-hnk.

[21]    *Suwayda-Based Saraya Smart School Shuts Down After Execution of Founders by Syrian Government Forces*, SyriacPress (Sept. 9, 2025), https://syriacpress.com/blog/2025/09/09/suwayda-based-saraya-smart-school-shuts-down-after-execution-of-founders-by-syrian-government-forces/.

military based on their uniforms and insignia. The raid was led by a member of the Internal Security Forces.[22] Hosam and Kareem Saraya were harshly restrained and forcibly removed.

68. A female family member who survived the massacre described how Syrian government-backed militants had opened fire on and stormed the family multi-story home early in the morning.

69. In an interview with CNN, she reported that "some of them were wearing military fatigues, some of them were dressed like Bedouins … one of them was wearing a General Security uniform … the black one," adding that the soldiers "told us we are the army of Ahmad Al-Jolani (the Syrian president)."[23] She reported that the female family members were threatened, including with rape, if they did not remain silent.

70. In testimony given to Human Rights Watch, a surviving relative recalled that the assailants promised to return the men safely before taking them away.[24]

71. Videos of the murders show eight men, many reported to be family members,[25] wearing civilian clothes, some even pajamas and at least one barefoot, kneeling before a group of what appear to be soldiers in military uniforms and masks in Tishreen Square in Sweida. The videos show the soldiers firing at their victims and screaming "God is great" while the victims knelt, unarmed, with hands over their heads.[26]

---

[22]    *Suwayda Commission Report*, *supra* note 7.

[23]    *Id.*

[24]    *HRW Sweida Accountability Report*, *supra* note 10.

[25]    Kourdi et al., *Saraya Execution*, *supra* note 20; *HRW Sweida Accountability Report*, *supra* note 10.

[26]    *Id.*; Daphne Psaledakis & Gram Slattery, *US Has Talked with Syria About Death of US Citizen, State Dept Says*, Reuters (July 24, 2025), https://www.reuters.com/world/us/us-has-talked-with-syria-about-death-us-citizen-state-dept-says-2025-07-24/; *HRW Sweida Accountability Report*, *supra* note 10.

72.     Both brothers were summarily executed along with other men within a day of their abduction. Their father was also reported to have been executed in the same attack. Videos documenting their execution circulated on social media and were later authenticated, including by the FBI and the State Department.

73.     Several units of Syrian Arab Army and Internal Security Forces subsequently entered Saraya's family's home, looting valuables, including money, gold, and cars.

74.     Hosam Saraya had neither been indicted nor convicted of any crime at the time he was forced out of his home and murdered.

75.     Saraya's death certificate was issued by the U.S. Embassy in Jordan in mid-July 2025, and A.B. was notified of Saraya's death by the FBI and the State Department as his next of kin.

76.     As a foreseeable consequence of Hosam Saraya's extrajudicial killing by Syrian government forces, A.B. has experienced extreme mental anguish, severe emotional distress, and economic loss.

77.     A.B. also brings this action on behalf of the Estate of Hosam Saraya.

78.     As a direct and foreseeable result of the July 16, 2025, attack, the Plaintiff Estate of Hosam Saraya experienced conscious pain and suffering and suffered economic loss.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

**AGAINST DEFENDANT ON BEHALF OF FAMILY MEMBER PLAINTIFFS FOR DAMAGES FOR LOSS OF SOLATIUM, PECUNIARY LOSS, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS ARISING FROM DEFENDANT'S DIRECT ACTS AND MATERIAL SUPPORT FOR ACTS OF EXTRAJUDICIAL KILLING, TORTURE, AND HOSTAGE TAKING PURSUANT TO 28 U.S.C. § 1605A(c)**

79.     Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs

as if fully set forth herein.

80.     As the spouse of Hosam Saraya and the brother of Mohamed Badr, respectively, Plaintiffs A.B. and Kamal Ali Badr are each immediate family members of a decedent and are entitled to bring claims for loss of solatium under 28 U.S.C. § 1605A(c).

81.     Defendant's direct acts and the provision of material support for acts of kidnapping of members of the minority Druze community and the assault, battery, and extrajudicial killings were intended to inflict severe emotional distress on the decedents and their families, including Plaintiffs.

82.     The Sayara and Badr families have suffered extreme mental anguish, severe emotional distress, loss of sleep, loss of appetite, and other severe physical manifestations, as well as loss of solatium and other harms to be set forth to the trier of fact as a result of Defendant's involvement in acts of kidnapping and extrajudicial killing of Hosam Sayara and Mohamed Badr.

83.     As a direct and proximate result of Defendant's acts, Plaintiffs A.B. and Kamal Ali Badr have suffered pecuniary loss, including loss of financial support, loss of services, and other economic harm resulting from the deaths of their respective family members.

84.     Defendant's conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c).

### SECOND CLAIM FOR RELIEF

**AGAINST DEFENDANT ON BEHALF OF THE ESTATE OF HOSAM SARAYA FOR DEFENDANT'S DIRECT ACTS AND MATERIAL SUPPORT FOR ACTS OF EXTRAJUDICIAL KILLING, TORTURE, AND HOSTAGE TAKING THAT RESULTED IN WRONGFUL DEATH PURSUANT TO 28 U.S.C. § 1605A(c)**

85.     Plaintiffs repeat and re-allege every allegation of the foregoing paragraphs as if fully set forth herein.

86.     The Estate of Hosam Saraya, by and through its legal representative, A.B., asserts the decedent's survival claims arising from Defendant's direct involvement in and provision of material support (within the meaning of 28 U.S.C. § 1605A(h)(3)) to military forces in Syria that engaged in the kidnapping of members of the minority Druze community and extrajudicial killings that caused the decedent's death.

87.     As a direct and proximate result of the willful, wrongful, and intentional acts of Defendant and its agents, decedent Hosam Saraya endured physical injury, extreme mental anguish and conscious pain and suffering, culminating in his death.

88.     Defendant is therefore liable for the full measure of Hosam Saraya's compensatory damages, including physical injury, extreme mental anguish, conscious pain and suffering, and economic loss.

89.     Defendant's conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public, warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand:

(a)     Judgment for Plaintiffs Kamal Ali Badr and A.B. in their individual capacities against Defendant for compensatory damages, including, but not limited to, loss of solatium, pecuniary loss, extreme mental anguish, and severe emotional distress, in amounts to be determined at trial, pursuant to 28 U.S.C. § 1605A(c);

(b)     Judgment for the Estate of Hosam Saraya against Defendant for compensatory damages, including, but not limited to, physical injury, extreme mental anguish,

17

conscious pain and suffering, and economic loss, in amounts to be determined at trial, pursuant to 28 U.S.C. § 1605A(c);

(c)   Judgment for all Plaintiffs against Defendant for punitive damages;

(d)   Prejudgment interest;

(e)   Plaintiffs' costs and expenses; and

(f)   Such other and further relief as the Court finds just and equitable.


Dated: April 1, 2026

By:   /s/ Ari Ungar
      **OSEN LLC**
      Ari Ungar, Esq. (DC Bar No. NJ008)
      Aaron Schlanger, Esq. (DC Bar No. NJ007)
      Gary M. Osen, Esq. (DC Bar No. NJ009)
      Dina Gielchinsky, Esq. (DC Bar No. NJ011)
      190 Moore Street, Suite 272
      Hackensack, NJ 07601
      (201) 265-6400

      Attorneys for Plaintiffs

18